```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                             CASE NO. 05 B 64029
    JEFFREY D WEISHAAR
    CYNTHIA A WEISHAAR                             CHAPTER 13

                                                   JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-8962      SSN XXX-XX-5008
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/16/05 and confirmed on 03/09/06.

   2.  The case was converted to Chapter 7 after confirmation, 12/24/2008.

   3.  The Debtor paid a total of $  88044.78 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORT | CURRENT MORTG | 70091.00 | .00 | 70091.00 |
| FIA CARD SERVICES | FILED LATE | .00 | .00 | .00 |
| B REAL LLC | UNSECURED | 8936.18 | .00 | 1626.48 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 373.50 | .00 | 53.17 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 10842.64 | .00 | 1973.48 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 334.20 | .00 | 48.46 |
| DISCOVER BANK | UNSECURED | 8234.71 | .00 | 1498.81 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5387.78 | .00 | 980.64 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 16748.78 | .00 | 3048.47 |
| WELL GROUP HEALTH PARTNE | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO HOME MORT | MORTGAGE ARRE | 2341.44 | .00 | 2341.44 |

          Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 72432.44 | .00 | 50857.79 | .00 | 123290.23 |
| PRINCIPAL PAID | 72432.44 | .00 | 9229.51 | .00 | 81661.95 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 72432.44 | .00 | 9229.51 | .00 | 81661.95 |

The Debtor's attorney, PETER FRANCIS CERACI             , was allowed $  2500.00
and was paid $   2500.00 .

The Trustee received $   3882.83 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 03/16/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE